UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                                                             **CRIMINAL ACTION NO. 3:18CR -50-JHM**

**ROGER DALE GOODMAN**                                                                     **DEFENDANT**

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

This matter has been referred to the undersigned Magistrate Judge by the District Judge for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The appropriate wavier was executed by the defendant and filed in the record. The United States was represented by Larry E. Fentress, Assistant United States Attorney. The hearing was recorded by April Dowell, Official Court Reporter.  The defendant, Roger Dale Goodman by consent with R. Kenyon Meyer. appointed counsel, appeared in open court on February 27, 2019 and entered a plea of guilty to Count 1 of the Indictment pursuant to a Rule 11(c)(1)(C) plea agreement. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowledgeable and voluntary as to Count 1 of the Indictment and that the offense charged was supported by an independent basis in fact concerning each of the essential elements of such offense. Therefore, the undersigned recommends that the plea of guilty be accepted, and that the defendant be adjudged guilty as to Count 1 in the Indictment and have sentence imposed accordingly.

**The defendant shall have fourteen (14) days to file any objections to this recommendation pursuant to Fed.R.Crim.P.  59(b)(2), or waive the opportunity to do so.**

Sentencing is scheduled for **June 3, 2019, at 11:30 a..m.** before the Honorable Joseph H. McKinley, Jr., United States District Judge.

**IT IS HEREBY ORDERED** that the defendant is remanded to the custody of the United States Marshals Service pending further order of the Court.

Copies to:
United States Attorney
Counsel for Defendant
United States Probation

35